UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN KLOTZBACH-PIPER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 18-cv-01702-RC |
| | : | |
| NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION | : | Judge Rudolph Contreras |
| d/b/a Amtrak | : | |
| | : | |
| Defendant. | : | |
| ....................................................................: | | |

## PLAINTIFF'S LINE REGARDING
## DEPOSITION OF HELEN GAGE WILLIAMSON

Plaintiff, Karen Klotzbach-Piper, by and through her undersigned counsel, hereby submits the attached transcript in response to the Court's Minute Order dated November 1, 2023 requesting that Plaintiff identify specific portions (by page and line) of Helen Gage Williamson's deposition to be read at trial. Plaintiff filed her designation of the testimony on November 3, 2023, but the actual transcript was not attached to the filing (it was previously filed earlier in the case).

Respectfully submitted,

LAW OFFICES OF JONATHAN LEO, LLC.

Dated: November, 2023          By:   _/s/ Jonathan D. Leo_____

Jonathan D. Leo, Esq.
Bar No: 1023572
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
jleo@leolawoffices.com
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2023, a copy of the foregoing was served using the CM/ECF upon all parties of record, including:

Alison N. Davis, Esq.
815 Connecticut Ave. NW
Suite 400
Washington, DC 20006
Counsel for Defendant

     /s/ Jonathan D. Leo
Jonathan D. Leo, Esq., Bar No: 1023572
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
jleo@leolawoffices.com
Counsel for Plaintiff