CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

KAREN KLOTZBACK-PIPER )

vs. )   Civil/Criminal No.: 18cv1702 (RC)

)

NATIONAL RAILROAD PASSENGER )
CORPORATION D/B/A AMTRAK )

## NOTE FROM JURY

What happens if we cannot agree on a question on the Verdict form?

Date: 11/17/23

Time: 11:45

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

KAREN KLOTZBACK-PIPER )
)
vs. )   Civil/Criminal No.: 18cv1702 (RC)
)
NATIONAL RAILROAD PASSENGER )
CORPORATION D/B/A AMTRAK )
)

### NOTE FROM JURY

We have reached a verdict.

Date: 11/17/23

Time: 1:52

FOREPERSON