Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Karen Klotzback-Piper

Plaintiff(s)

V.

Civil Action No. 18-1702 (RC)

National Railroad Passenger Corporation (d/b/a Amtrak)

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable Rudolph Contreras, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s): Karen Klotzback-Piper

have and recover of and from the defendant(s): National Railroad Passenger Corporation (d/b/a Amtrak)

the sum of $250,000.00 in damages together with costs.

ANGELA D. CAESAR, Clerk

Dated: November 17, 2023   By: _____
Deputy Clerk